NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3302

KURT CHADWELL,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

OFFICE OF PERSONNEL MANAGEMENT,

Intervenor.

Petitioner for review of the Merit Systems Protection Board in DA300A080567-I-1.

ON MOTION

## O R D E R

Kurt Chadwell moves without opposition for a 30-day extension of time, until January 28, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JAN 0 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kurt Chadwell
Stephanie Conley, Esq.
Michael N. O'Connell, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 8 2010

JAN HORBALY
CLERK